# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00833-CV

**William Christopher Arnold and Lacey J. Cheatum, Appellants**

**v.**

**Agricultural Workers Ins. Co., as Subrogee for
Jeretha Northcutt, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. 285,462, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants William Christopher Arnold and Lacey J. Cheatum have filed a motion to reverse the judgment, remand the cause, and dismiss the appeal pursuant to the parties' agreement to set aside the trial court's default judgment. Appellee Agricultural Workers Insurance Company as Subrogee for Jeretha Northcutt does not oppose the motion. Pursuant to the parties' agreement, we grant the motion in part, set aside the trial court's judgment without regard to the merits, and remand the cause to the trial court for further proceedings. Tex. R. App. P. 42.1(a)(2)(B).

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Vacated and Remanded

Filed:   January 11, 2006